*CASE ANNOUNCEMENTS*
*COLORADO SUPREME COURT*
*MONDAY, MARCH 19, 2018*

"Slip opinions" are the opinions delivered by the Supreme Court Justices and are subject to modification, rehearing, withdrawal, or clerical corrections. Modifications to previously posted opinions will be linked to the case number in the petition for rehearing section the day the changes are announced.

Click on the case number to view the opinion in pdf format.

-------------------------------------------------------------------------------------------------------------------

## OPINIONS

### 2018 CO 19

### Supreme Court Case No. 15SC469
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 13CA758

**Petitioner:**

The People of the State of Colorado,

v.

**Respondent:**

James Willard Washam, III.

**Judgment Reversed**
*en banc*

**JUSTICE BOATRIGHT** delivered the Opinion of the Court.

## 2018 CO 20

### Supreme Court Case No. 16SC815
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 15CA1505

**Petitioners:**

Keith Love and Shannon Love,

v.

**Respondents:**

Mark Klosky and Carole Bishop.

**Judgment Affirmed**
*en banc*

**JUSTICE HOOD** delivered the Opinion of the Court.
**JUSTICE GABRIEL** does not participate.

----------------------------------------------------------------------------------------------------------------

## DENIED PETITIONS FOR WRIT OF CERTIORARI

**No. 17SC379, Arapahoe County District Court Case No. 15CV32543**
**Petitioner:**
Gwente Rayford,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
----------------------------------------------------------------------------------------------------------------
**No. 17SC403, Weld County District Court Case No. 16CV30862**
**Petitioner:**
Abel Carv,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
----------------------------------------------------------------------------------------------------------------
**No. 17SC435, Court of Appeals Case No. 16CA1766**
**Petitioner:**
Clay Alexander,
v.
**Respondent:**
Melek Alexander.

Petition for Writ of Certiorari DENIED.  EN BANC.
----------------------------------------------------------------------------------------------------------------
**No. 17SC553, Weld County District Court Case No. 16CV30899**
**Petitioner:**
David Conover,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
----------------------------------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------------------------------

**Case No. 17SC581 Court of Appeals Case No.  16CA1318**
**Petitioner:**
Denise Abeyta Alves,
v.
**Respondent:**
Emma Corrine Bradshaw a/k/a Emma Manzanares Bradshaw.

Petition for Writ of Certiorari DENIED.  EN BANC.
---------------------------------------------------------------------------------------------------------------------

**Case No. 17SC607 Court of Appeals Case No. 13CA825**
**Petitioner:**
Robert Lafe Todd,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
---------------------------------------------------------------------------------------------------------------------

**No. 17SC608, Court of Appeals Case No. 16CA1373**
**Petitioner:**
Anthony Anderson,
v.
**Respondents:**
Rick Raemisch, Executive Director of the Colorado Department of Corrections and Jason Lengerich, Warden of Buena Vista Correctional Facility.

Petition for Writ of Certiorari DENIED.  EN BANC.
---------------------------------------------------------------------------------------------------------------------

**No. 17SC610, Court of Appeals Case No. 15CA869**
**Petitioner:**
Leandrew Alexander,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
---------------------------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------------

**No. 17SC630, Court of Appeals Case No. 14CA649**
**Petitioner:**
Clarence Pinkstaff,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
----------------------------------------------------------------------------------------------------------

**No. 17SC642, Court of Appeals Case No. 15CA798**
**Petitioner:**
David Michael Riley,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
----------------------------------------------------------------------------------------------------------

**No. 17SC655, Court of Appeals Case No. 15CA616**
**Petitioner:**
Sergio Eduardo Sagrero-Mejia,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
----------------------------------------------------------------------------------------------------------

**No. 17SC674, Court of Appeals Case No. 15CA2172**
**Petitioner:**
Feliz Ramirez-Martinez,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
----------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------------

**No. 17SC681, Court of Appeals Case No. 17CA888**
**Petitioner:**
Josiah I. Pina,
v.
**Respondents:**
Industrial Claim Appeals Office and Goodyear Tire & Rubber Co.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------------

**No. 17SC695, Court of Appeals Case No. 15CA104**
**Petitioner:**
Edward J. Platzer,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------------

**No. 17SC701, Court of Appeals Case No. 16CA698**
**Petitioner:**
Ryan Wayne Ariniello,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------------

**No. 17SC702, Court of Appeals Case No. 16CA383**
**Petitioner:**
Marc Anthony Esparza,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------------

**No. 17SC705, Court of Appeals Case No. 16CA1121**
**Petitioner:**
Douglas L. Crawford,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------------

**No. 17SC709, Court of Appeals Case No. 16CA216**
**Petitioner:**
Kelli Lenna McCartney,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------------

**No. 17SC716, Court of Appeals Case No. 15CA1636**
**Petitioner:**
David A. Arellano,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------------

**No. 17SC723, Jefferson County District Court Case No. 17CV197**
**Petitioner:**
Frank Sturgell,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------

**No. 17SC725, Court of Appeals Case No. 16CA661**
**Petitioner:**
Stanislav Raysh,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------

**No. 17SC727, Court of Appeals Case No. 15CA527**
**Petitioner:**
Mickell Javon Johnson,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------

**No. 17SC733, Court of Appeals Case No. 15CA1204**
**Petitioner:**
Codey Trahan,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------

**No. 17SC734, Court of Appeals Case No. 15CA1021**
**Petitioner:**
Wesley James Marymee,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------

**No. 17SC737, Court of Appeals Case No. 16CA261**
**Petitioner:**
Paul R. Martinez,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
------------------------------------------------------------------------------------------------------------

**No. 17SC738, Court of Appeals Case No. 15CA538**
**Petitioner:**
Gary Glen Vigil,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
------------------------------------------------------------------------------------------------------------

**No. 17SC740, Court of Appeals Case No. 15CA2012**
**Petitioner:**
Christopher Hernandez,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
------------------------------------------------------------------------------------------------------------

**No. 17SC751, Court of Appeals Case No. 15CA320**
**Petitioner:**
Damian Andrew Quinn,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------

**No. 17SC752, Court of Appeals Case No. 16CA694**
**Petitioner:**
Angelica Marie Villeda,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-------------------------------------------------------------------------------------------------------------

**No. 17SC756, Pueblo County District Court Case No. 17CV30204**
**Petitioner:**
Cartaneous Turner,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-------------------------------------------------------------------------------------------------------------

**No. 17SC758, Court of Appeals Case No. 15CA1845**
**Petitioner:**
Jenny Kopavi Sansone,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-------------------------------------------------------------------------------------------------------------

**No. 17SC759, Court of Appeals Case No. 16CA727**
**Petitioner:**
Nikita Lee Weis,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-------------------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------------------------

**No. 17SC760, Court of Appeals Case No. 15CA1815**
**Petitioner:**
Andrew Lonestar Addison,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
-----------------------------------------------------------------------------------------------------------------

**No. 17SC787, Court of Appeals Case No. 16CA825**
**Petitioners:**
Julie Bowen and Craig Bowen,
v.
**Respondent:**
A-1 Collection Agency, LLC.

Petition for Writ of Certiorari DENIED.  EN BANC.
-----------------------------------------------------------------------------------------------------------------

**No. 17SC791, Douglas County District Court Case No. 16CV114**
**Petitioner:**
Mariah C. Markus,
v.
**Respondent:**
Thomas Markus.

Petition for Writ of Certiorari DENIED.  EN BANC.
-----------------------------------------------------------------------------------------------------------------

**No. 17SC806, Court of Appeals Case No. 16CA1235**
**Petitioner:**
Arrigo Capital Group, LLC, a North Carolina limited liability company,
v.
**Respondents:**
Mill Street Capital Partners, LLC, a Colorado limited liability company and Timothy Presutti.

Petition for Writ of Certiorari DENIED. EN BANC.
-----------------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------

**No. 17SC807, Court of Appeals Case No. 16CA482**
**Petitioner:**
Jose Leyva-Estrada,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 17SC808, Adams County District Court Case No. 17CV19**
**Petitioner:**
Robert L. Toavs,
v.
**Respondent:**
The People of the State of Colorado, by and through the City of Commerce City.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 17SC812, Court of Appeals Case No. 16CA1378**
**Petitioners:**
John J. Hernandez and Dolores River Valley Consultants, Inc.,
v.
**Respondent:**
State Board of Licensure for Architects, Professional Engineers, and Professional Land Surveyors.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 18SC113, Court of Appeals Case No. 17CA585**
**Petitioner:**
K.C.P.,
v.
**Respondent:**
The People of the State of Colorado,
In the interest of Minor Child: G.A.M.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------